NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF THE VIRGIN ISLANDS
# ST. CROIX DIVISION

VIVIA WILLIAMS,

    Plaintiff,

v.

RANGER AMERICAN OF THE V.I., INC. and RANGER AMERICAN OF PUERTO RICO, INC.,

    Defendants.

Civ. No. 14-00017

**ORDER**

THOMPSON, U.S.D.J.[1]

For the reasons stated in this Court's Opinion issued on this same day,

IT IS, on this 12th day of June, 2017,

ORDERED that Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 148) is GRANTED ON A MODIFIED BASIS; and it is further

ORDERED that Plaintiff shall be awarded fees and costs in the total amount of Ninety Thousand Two-Hundred Thirty-Eight Dollars and Eighty Cents ($90,238.80).

                                                      */s/ Anne E. Thompson*
                                                  ANNE E. THOMPSON, U.S.D.J.

---

[1] The Hon. Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.