NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE VIRGIN ISLANDS**
**ST. CROIX DIVISION**

| | |
|---|---|
| VIVIA WILLIAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RANGER AMERICAN OF THE V.I., INC. and RANGER AMERICAN OF PUERTO RICO, INC.,<br><br>　　　　Defendants. | Civ. No. 14-00017<br><br>**ORDER** |

THOMPSON, U.S.D.J.[1]

　　For the reasons stated in this Court's Opinion issued on this same day,

　　IT IS, on this 27th day of July, 2017,

　　ORDERED that Defendants' Motion for Reconsideration (ECF No. 174) is DENIED; and it is further

　　ORDERED that Defendants' Motion to Deposit Funds into Court (ECF No. 168) is DENIED; and it is further

　　ORDERED that Defendants must satisfy the judgment in this case within twenty-one (21) days of the date of this Order.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Anne E. Thompson*
　　　　　　　　　　　　　　　　　　　　　　　ANNE E. THOMPSON, U.S.D.J.

---

[1] The Hon. Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.